IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE MACHINERY MOVERS, RIGGERS & MACHINERY ERECTORS LOCAL NO. 136 SUPPLEMENTAL PENSION FUND, THE MACHINERY MOVERS, RIGGERS & MACHINERY ERECTORS LOCAL NO. 136 HEALTH & WELFARE FUND, and THE MACHINERY MOVERS, RIGGERS & MACHINERY ERECTORS LOCAL NO. 136 DEFINED CONTRIBUTION TRUST, | ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) Case No. 17 CV 4024 ) |
| v. | ) Honorable Judge Kocoras ) |
| JOHN JR INSTALLATIONS INC. | ) ) |
| Defendant. | ) |

**MOTION FOR ORDER OF DEFAULT AND AUDIT**

Plaintiffs, by and through one of their attorneys, Gregory W. Hosé and Gregorio ♦ Marco, P.C., pursuant to Fed. R. Civ. P. 55, respectfully request that this Honorable Court enter an Order of Default as to liability in favor of Plaintiffs and against Defendant, John Jr Installations Inc., and compel the production of books and records for a fringe benefit audit. In support of this motion, Plaintiffs state as follows:

1. This case was filed on May 26, 2017.

2. Defendant was served with Summons and Complaint on June 1, 2017 as shown on the return of service filed as Docket Entry No. 5 and attached hereto as Exhibit 1.

3. In excess of 21 days have expired since the Service of Process and Defendant has failed to answer or otherwise plead.

WHEREFORE, Plaintiffs move this Honorable Court to:

A. Enter an Order of Default against Defendant;

B. Order Defendant, and any party or assignee in control of Defendant's records, to submit Defendant's records for a fringe benefit compliance audit for the period of April 1, 2014 through March 31, 2017.

                        Respectfully submitted,

                        **MACHINERY MOVERS, RIGGERS & MACHINERY ERECTORS LOCAL NO. 136 SUPPLEMENTAL PENSION FUND., et al.**

                        By: ___/s/ Gregory W. Hosé___
                            One of its attorneys

Gregory W. Hosé
ARDC# 6291642
Gregorio ♦ Marco
Attorney for Plaintiffs
2 N. LaSalle St., Suite 1650
Chicago, IL 60602
312/263-2343